## EL PUEBLO *v.* ARMÁIZ.

### APELACIÓN procedente de la Corte de Distrito de Arecibo.

No. 85.    Resuelto en diciembre 5, 1905.

APELACIÓN.—TRANSCRIPCIÓN DE AUTOS.—DEBERES DE LA PARTE APELANTE.—La transcripción de autos debe contener una copia de todos los documentos que según la ley constituyen los autos de la causa, siendo deber de la parte apelante subsanar las deficiencias que contuviere, pues á falta de las constancias necesarias, habrá de presumirse que la corte inferior procedió con arreglo á derecho.

Los hechos están expresados en la opinión.
Abogado del apelado: *Sr. Rossy, Fiscal.*
La parte apelante no compareció,

EL JUEZ ASOCIADO SR. HERNÁNDEZ, emitió la opinión del tribunal.

En la presente causa el apelante Manuel Armaiz fué acusado ante la Corte de Distrito del Distrito Judicial de Arecibo por delito contra el derecho electoral que se dice cometido en la forma siguiente:

"Allá por el día 18 de octubre de 1904, Manuel Armaiz, entonces Juez de elecciones del precinto número 16 del Distrito electoral de Arecibo, secundado por Carlos Domínguez, Juez del mismo precinto, maliciosa y fraudulentamente, borró de la lista de electores de dicho precinto, el nombre de Alonso Rivera, siendo éste un elector capacitado para votar en dicho precinto, y de este modo, privando al mencionado Alonso Rivera del derecho que tiene á votar. Este hecho es contrario á la Ley para tal caso prevista, y á la paz y dignidad del Pueblo de Puerto Rico."

La acusación fué debidamente jurada por el fiscal especial que la suscribe.

Habiendo comparecido en 17 de abril último Manuel Armaiz para oir la lectura de su sentencia, fué preguntado si tenía algunas razones que exponer para impedir que la misma fuera pronunciada, y no habiéndolo hecho la corte pronunció dicha sentencia como sigue:

"En vista del fallo de convicción dictado en contra de dicho acusado, Manuel Armaiz, por ésta Hon. Corte, el día 13 del corriente abril, pero teniendo en cuenta, sin embargo, las circunstancias que rodean este caso, la Corte debe condenar y condena al convicto Manuel Armaiz, á la pena de un año de prisión en el Presidio Departamental de la Isla, con trabajos forzados, y á pagar las costas de esta causa por el delito contra el derecho electoral."

Contra esta sentencia interpuso Manuel Armaiz recurso de apelación.

Lo expuesto es lo único que resulta de la transcripción de autos remitida por el Secretario de la Corte de Distrito de Arecibo, y á la misma nos atenemos para la decisión del recurso, pues por más que aquélla sea defectuosa por no haber cumplido dicho secretario con el deber que le

impone el artículo 356 del Código de Enjuiciamiento Criminal, dejando de remitir copia íntegra de todos los documentos del récord, al acusado y no á esta corte incumbe subsanar esa deficiencia.

Nosotros debemos suponer que la corte de Arecibo procedió con arreglo á derecho en todo aquello en que carezcamos de fundamento para poder afirmar que procedió ilegalmente. Limitándonos al examen de la acusación y de la sentencia que en copia tenemos á la vista, no encontramos defecto ó error que puedan invalidarlas

Procede, pues, se confirme la sentencia que pronunció la Corte de Distrito de Arecibo en 17 de abril último, con las costas del recurso á cargo del apelante.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociados, Figueras, MacLeary y Wolf.